MARK J. REICHEL (SBN 155034)
REICHEL & PLESSER LLP
455 Capitol Mall, Ste. 802
Sacramento, CA. 95814
Tel. (916) 498-9258
Fax (916) 441-6553
E-Mail: mark@reichellaw.com

Attorney for Defendant
BILLY STEFFEY

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | ) No. 2:12-CR-00083-MMD-GWF |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER ALLOWING** |
| | ) **ACCESS TO DISCOVERY AND VIEWING** |
| v. | ) |
| OMAR BUTT, et al | ) |
| Defendant. | ) |

STIPULATION FOR ACCESS TO DISCOVERY AND PROPOSED ORDER

Plaintiff United States of America, by and through DANIEL G. BOGDEN, United States Attorney, Kimberly M. Frayn and Andrew Duncan, Assistant United States Attorneys, and Jonathan A. Ophardt, Trial Attorney for the United States Department of Justice, Organized Crime and Gang Section, and Defendant BILLY STEFFEY, by and through his attorney, Mark J. Reichel., stipulate and request that the Court grant the attached proposed Order, allowing the Defendant Access to Discovery. Defendant STEFFEY is charged herein with conspiracy, trafficking in and production of false documents in violation of Title 18 USC §§ 2, 371 and 1028. Trial is currently set for April 28, 2014.

1

This Court previously entered an Order allowing certain identified defendants detained in the Nevada Southern Detention Center access to computers not connected to the internet to view discovery provided by an external hard drive. Defendants were forbidden from taking notes during their review of said discovery. See United States v. Butt, et al., 2:12-cr-00083-APG-GWF (CR 133) (Revised Order)). At the time this previous Order was made, Defendant Steffey was out of custody on supervised pretrial release. Defendant's pretrial release was subsequently revoked, and he is currently being housed at Nevada Southern Detention Center and desires access to view the discovery in this case.

A proposed Order is attached for this Court's consideration.

Respectfully submitted this 12th day of March, 2014.

| | |
|---|---|
| DANIEL G. BOGDEN. | MARK J. REICHEL |
| /S/ Jonathan A. Ophard | /S/ Mark J. Reichel |
| JONATHAN A. OPHARDT | Attorney For Defendant Steffey |
| Trial Attorney | |

## ORDER

IT IS SO ORDERED. DEFENDANT BILLY STEFFEY may have access to computers not connected to the internet which allow for him to review the external hard drive(s) discovery previously provided under this case number to the detention facility. IT IS FURTHER ORDERED that defendant STEFFEY is not to take notes during his viewing of the discovery or print any of the material.

DATED THIS \_\_\_\_ day of _____, 2014.

_____

George Foley, Jr.

United States Magistrate Judge