DANIEL G. BOGDEN
United States Attorney
KIMBERLY FRAYN
ANDREW DUNCAN
Assistant United States Attorneys
JONATHAN OPHARDT
Trial Attorney
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336 (Telephone)
(702) 388-6418 (Fax)

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

          Plaintiff,

  v.

DEREK CARDER,

          Defendant.

Case No. 2:12-cr-0083-APG-GWF

ORDER TO GRANT EXTENSION OF TIME

This matter comes before the Court on the Government's motion for an extension of time to file its briefing concerning the issue of restitution. The defendant does not object to such an extension. The Court hereby finds good cause to grant an extension of time.

**ORDER**

**IT IS THEREFORE ORDERED** that the current briefing schedule be vacated. The Government shall have to and including _____September 2_____, 2014 to file any motion or brief. The Defendant shall have to and including __September 16, 2014__ to file any response.

**IT IS SO ORDERED** this __22nd__ day of August, 2014.

_____
HON. ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE